**October 21, 1998**

| | | |
|---|---|---|
| 21386 | Allstate Ins. Co. v. Alamo Rent-A-Car, Inc. | Certified Question answered |
| 21256 | State v. Toombs | Affirmed |